IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUSSELL JUDD,

    Plaintiff,                    No. CIV S-00-0737 FCD JFM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 9, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. On May 23, 2005, plaintiff's copy of the findings and recommendations was returned and plaintiff was re-served on May 24, 2005. Plaintiff has now filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed May 9, 2005, are adopted in full;

3 | 2. Plaintiff's March 11, 2005 motion for relief from judgment is denied.

4 | DATED: July 8, 2005

6 | /s/ Frank C. Damrell Jr.
7 | FRANK C. DAMRELL JR.
United States District Judge